IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;
**2.    JOSHUA TOBEY PEREA**;
3.    KRISTINE JOY SUMMERS,

    Defendant.

---

### ORDER RE MOTION TO MODIFY BOND CONDITIONS

---

This matter is before the Court on Defendant Joshua Tobey Perea's Motion to Modify Bond Conditions (Dkt. # 39). The Court hereby

ORDERS that the Government respond to this motion no later than **5:00 p.m. on Friday, March 3, 2006.**

DATED: February 28, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge