IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JASON LEE SMITH;
2.     **JOSHUA TOBEY PEREA**;
3.     KRISTINE JOY SUMMERS,

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on behalf of Defendant

Joshua Tobey Perea (Dkt. # 43).  A Change of Plea hearing is set for **April 6, 2006 at**

**12:30 p.m.,** at which time Defendant Perea's Motion to Modify Bond Conditions (Dkt.

# 39) will also be addressed.

**Counsel for the parties shall deliver courtesy copies of the "Statement by**

**Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to**

**Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on**

**April 4, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>

<u>There will be no exceptions to this policy</u>.  **The original and one copy of these**

**documents should be delivered to Judge Figa's courtroom deputy in the**

**courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**  In light of this

Change of Plea hearing,

IT IS FURTHER ORDERED that Defendant Joshua Tobey Perea is excused

from the final trial preparation conference, set for March 10, 2006, and the four-day jury

trial, set for March 20, 2006.  These dates remain on this Court's docket with regard to

Defendants Jason Lee Smith and Kristine Joy Summers.

DATED: March 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge