IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JASON LEE SMITH;
**2.**     **JOSHUA TOBEY PEREA**;
3.     KRISTINE JOY SUMMERS,

    Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

This matter is before the Court *sua sponte*. It is ORDERED that the change of plea hearing with regard to Defendant Joshua Tobey Perea currently set for April 6, 2006 is RESET to **Friday, April 21, 2006 at 10:00 a.m.**

DATED: April 3, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge