IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;
**2.**    **JOSHUA TOBEY PEREA**;
3.    KRISTINE JOY SUMMERS,

    Defendant.

---

### ORDER REGARDING DETENTION HEARING

---

This matter is before the Court on Defendant Joshua Tobey Perea's Unopposed Motion to Continue Detention Hearing (Dkt. # 70). Upon review of this motion and the file, the Court hereby GRANTS the motion. It is hereby

ORDERED that the detention hearing set on April 14, 2006 before the Magistrate Judge is VACATED. It is

FURTHER ORDERED that the government's revocation motion (Dkt. # 60) will be addressed at the hearing for change of plea and motion to modify bond conditions, set for <u>April 20, 2006 at 10:00 a.m.</u>

    DATED: April 12, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge